■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT SPEARMAN, Appellant. [630 NYS2d 242] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered December 2, 1992, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence. By a decision and order dated December 5, 1994, this Court remitted the matter to the Supreme Court, Queens County, to hear and report on the defendant's motion to withdraw his plea of guilty, and the appeal was held in abeyance in the interim. The Supreme Court, Queens County, conducted a hearing and has filed its report with this Court.

Ordered that the judgment is affirmed.

The decision of whether to permit a defendant to withdraw a previously entered plea of guilty rests with the sound discretion of the trial court (*see*, CPL 220.60 [3]; *People v Howard*, 138 AD2d 525). The record in this case reveals that the defendant's plea was knowingly, voluntarily, and intelligently entered. In addition, the defendant's contention that he was denied the effective assistance of counsel is without merit. Accordingly, the Supreme Court did not improvidently exercise its discretion by denying the defendant's motion to withdraw his plea of guilty. Mangano, P. J., Copertino, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK STEPHENS, Appellant. [630 NYS2d 241] —Appeal by the defendant from a judgment of the County Court, Nassau County (Seybert, J.), rendered November 23, 1992, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see*, *Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf.*, *People v Gonzalez*, 47 NY2d 606). Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.